# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3049
LT Case No. 55-2019-CA-1456

_____

MICHAEL ALLEN FORTNER,

    Appellant,

    v.

ST. JOHNS COUNTY, a political
subdivision of the State of
Florida,

    Appellee.

_____

On appeal from the Circuit Court for St. Johns County.
Kenneth James Janesk, II, Judge.

W. Nathan Meloon and Scott Widerman, of Widerman Malek
P.L., Melbourne, for Appellant.

Logan K. McEwen, of Marks Gray, P.A., Jacksonville, for
Appellee.

December 2, 2025

PER CURIAM.

    AFFIRMED.

JAY, C.J., and EDWARDS and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____